ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE APELACIONES
PANEL XI

| | | |
|---|---|---|
| PROVIAMÉRICA MONTALVO BONILLA Y OTROS<br><br>Recurridos<br><br>v.<br><br>MARIBEL MARIE MONTALVO RIVERA Y OTROS<br><br>Peticionarios | KLCE202500152 | *Certiorari* procedente del Tribunal de Primera Instancia, Sala Superior de Arecibo<br><br>Caso Número: AR2018CV00479<br><br>Sobre: Pago de Legados y División y Adjudicación de Bienes Hereditarios |

Panel integrado por su presidenta, la Jueza Brignoni Mártir, la Jueza Álvarez Esnard y la Jueza Prats Palerm.

**SENTENCIA**

En San Juan, Puerto Rico, a 12 de marzo de 2025.

Considerada la *Moción de Desistimiento de Recurso de Certiorari*, presentada el 10 de marzo de 2025 por la parte peticionaria, se declara Ha Lugar. De conformidad con lo dispuesto en la Regla 83(A) de nuestro Reglamento, 4 LPRA Ap. XXII-B, R. 83 (A), se ordena el archivo del caso KLCE202500152 por desistimiento con perjuicio en su respectiva reclamación, sin imposición de costas, gastos ni honorarios de abogado.

Lo acordó y manda el Tribunal, y lo certifica la Secretaria del Tribunal de Apelaciones.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones

Número Identificador
SEN2025_____